[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 99-2129

CELESTE BOURGEOIS,

Plaintiff, Appellant,

v.

STATE OF RHODE ISLAND, ET AL.,

Defendants, Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

[Hon. Mary M. Lisi, U.S. District Judge]

---

Before

Boudin, Circuit Judge,
Bownes, Senior Circuit Judge,
and Stahl, Circuit Judge.

---

Celeste Bourgeois on brief pro se.
Sheldon Whitehouse, Attorney General and J.O. Alston,
Special Assistant Attorney General, on brief for appellees.

---

January 10, 2001

---

**Per Curiam**.  After a thorough review of the record and of the parties' submissions, we affirm, essentially for the reasons set out by the magistrate judge in his report and recommendation, dated August 5, 1999.  We add only that even if judgment had not been entered previously by the state court, appellant received everything she was entitled to receive under R.I. Gen. Laws § 12-25-6(b) (1993); no alleged promises by state officials or others can change that, and her misunderstanding of the terms of the settlement cannot alter our analysis.  Given this, any alleged error by the district court in ordering certain subpoenas quashed is harmless at best.  Despite appellant's reasonable criticisms of the adequacy and speed of the victim's compensation system in Rhode Island, this court is obligated to affirm.

Affirmed.  See 1st Cir. Loc. R. 27(c).